**Order filed July 17, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00046-CR
_____

**ERIC DEMOND DOUGLAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1122749**

## ORDER

This is an out-of-time appeal granted by the Texas Court of Criminal Appeals. The reporter's record in this case was due **March 01, 2013**. *See* Tex. R. App. P. 35.1. On May 06, 2013, B.J. Orsack filed 3 volumes of reporter's record and advised the court that **Wong Lee,** a substitute court reporter, reported the plea proceedings on July 11, 2008. On **May 30, 2013**, this court ordered **Wong Lee** to file the record within 30 days. The record has not been filed with the court.

Because the reporter's record has not been filed timely, we issue the following order.

We order **Wong Lee**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Wong Lee** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM